

**FILED**
KC
JAN 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: STAN JAGLA
(Please print)

STREET ADDRESS: PO Box 72198

CITY/STATE/ZIP: Roselle, IL 60172

PHONE NUMBER: 773-791-0951

CASE NUMBER: 08CV146
JUDGE BUCKLO
MAGISTRATE JUDGE BROWN

_Stan Jagla_  1-8-08
Signature  Date