KC FILED
JAN 0 8 2008
Jan 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

## IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT

STAN JAGLA, et al
Plaintiff

v.

ABN Amro, et al
Defendant(s)

08CV146
JUDGE BUCKLO
MAGISTRATE JUDGE BROWN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Stan Jagla, declare that I am the ☒plaintiff ☐petitioner ☐movant (other ______) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐Yes ☒No (If "No," go to Question 2)
I.D. # ______ Name of prison or jail: ______
Do you receive any payment from the institution? ☐Yes ☐No Monthly amount: ______

2. Are you currently employed? ☒Yes ☐No
Monthly salary or wages: 1,730
Name and address of employer: ______

a. If the answer is "No":
Date of last employment: ______
Monthly salary or wages: ______
Name and address of last employer: ______

b. Are you married? ☐Yes ☒No
Spouse's monthly salary or wages: ______
Name and address of employer: ______

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

a. Salary or wages ☐Yes ☒No
Amount ______ Received by ______

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount ______________ Received by ______________

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount ______________ Received by ______________

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support ☐Yes ☒No
Amount ______________ Received by ______________

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount ______________ Received by ______________

f. ☐Any other sources (state source: ______________) ☐Yes ☒No
Amount ______________ Received by ______________

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐Yes ☐No Total amount: ______________
In whose name held: ______________ Relationship to you: ______________

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property: ______________ Current Value: ______________
In whose name held: ______________ Relationship to you: ______________

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property: ______________
Type of property: ______________ Current value: ______________
In whose name held: ______________ Relationship to you: ______________
Amount of monthly mortgage or loan payments: ______________
Name of person making payments: ______________

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☒Yes ☐No
Property: Chevy Caravlice 1998
Current value: 1,100
In whose name held: self Relationship to you: self

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
Jacob Jegla – son total $500
Agatha Jegla – daughter

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 01-08-08

Signature of Applicant

STAN JAGLA
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, ____________________, I.D.# ______________, has the sum of $____________ on account to his/her credit at (name of institution)____________________________. I further certify that the applicant has the following securities to his/her credit:____________. I further certify that during the past six months the applicant's average monthly deposit was $____________. (Add all deposits from all sources and then divide by number of months).

DATE

SIGNATURE OF AUTHORIZED OFFICER

(Print name)

rev. 7/18/02