**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Stan Jagla

                        Plaintiff,

v.                                               Case No.: 1:08−cv−00146
                                               Honorable Elaine E. Bucklo

ABN Amro N.V., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 14, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Plaintiff's motion for leave to proceed in forma pauperis[4] is denied as moot. This case is dismissed for failure to comply with the Executive Committee Order of 3/8/07 entered in case number 07 C 1436. Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.