# United States District Court
## Northern District of Illinois
### Eastern Division

Jagla                                **JUDGMENT IN A CIVIL CASE**

        v.                                               Case Number: 08 C 146

ABN Amro, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for failure to comply with the Executive Committee Order of 3/8/07 entered in case number 07 C 1436.

                                                        Michael W. Dobbins, Clerk of Court

Date: 1/14/2008                              _____
                                                       /s/ Mathew P. John, Deputy Clerk